**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **COREY GOMES, ET AL.,** **Plaintiffs** | : | |
| **v.** | : | **C.A. No. 04-100-L** |
| **WAL-MART STORES, INC.** **Defendant** | : | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), and further pursuant to the parties' agreement to terms set forth in a June 13, 2005 Settlement Agreement, Plaintiffs Corey Gomes, Thomas Flowers and Jean Michel and Defendant Wal-Mart Stores, Inc. stipulate to the dismissal with prejudice of the above-identified case, with all rights of appeal being hereby waived. Each party will bear its own fees and costs.

PLAINTIFFS COREY GOMES,
THOMAS FLOWERS and
JEAN MICHEL
By Their Attorney

Robert M. Novack /ecwm

ROBERT M. NOVACK (#3255)
Clarkin, Gauvin, Lowenstein & Novack
84 North Main Street
P.O. Box 267
Fall River, MA 02722-0267
Tel: (508) 673-9191
Fax: (508) 677-1803
Date: 8-10-05

DEFENDANT WAL-MART STORES, INC.
By Its Attorneys,

GEOFFREY W. MILLSOM (#6483)
ROBERT P. BROOKS (#3721)
MICHAEL D. CHITTICK (#5967)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, Rhode Island 02903
Tel: (401) 274-7200
Fax: (401) 751-0604
Date: 8-10-05

Enter: Ronald R. Lagueux
Sr. USDJ 8/15/05

340990_1.doc